**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMIR M. WAHID, ) | Case No. 2:19-cv-09041-JGB-SP |
|            Plaintiff, ) | |
|    v. ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| ERICA LAKE, et al., ) | |
|            Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the Second Amended Complaint and this action with prejudice and without leave to amend.

Dated: September 20, 2023

                                          HONORABLE JESUS G. BERNAL
                                          UNITED STATES DISTRICT JUDGE