JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMIR M. WAHID, | ) | Case No. 2:19-cv-09041-JGB-SP |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ERICA LAKE, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice.

Dated: September 20, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE